UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-352 (WMW/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.  **MOTION TO UNSEAL**

CORD CAMERON SCHIPMAN,

    Defendant.

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Lindsey E. Middlecamp, Assistant United States Attorney, hereby moves the Court for an order unsealing the above-captioned matter, including but not limited to the Indictment and Arraignment Order in the above-captioned matter.

The Indictment in this matter was inadvertently filed with the Clerk of Court accompanied by a motion to seal; however, Mr. Schipman has already previously made his initial appearance on the Complaint associated with this matter (23-MJ-726 DTS) and there is no need for Indictment or Arraignment Order to remain sealed.

Dated: December 1, 2023

    Respectfully submitted,

    ANDREW M. LUGER
    United States Attorney

    *s/Lindsey M. Middlecamp*
    BY: LINDSEY M. MIDDLECAMP
    Assistant U.S. Attorney