# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Leo I. Brisbois |
| | U.S. Magistrate Judge |
| v. | Case No: 23-cr-352 (PJS/LIB) |
| | Date: May 3, 2024 |
| Cord Cameron Schipman, | Courthouse: Duluth |
| | Courtroom: Zoom from Courtroom 3 |
| Defendant, | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:06 a.m. |
| | Time in Court: 6 minutes |

APPEARANCES:
  Plaintiff:      Lindsey E. Middlecamp, Assistant U.S. Attorney
  Defendant:   Matthew Deates, Assistant Federal Defender

**Indictment Dated:** 11/28/2023

X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:

X Defendant consents to this hearing via video conference.

s/JLB
Signature of Courtroom Deputy