# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 23-CR-0352 (PJS/LIB) |
| Cord Cameron Schipman, Defendant. | Date: June 7, 2024 |
| | Court Reporter: Maria Weinbeck |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 8:59 a.m. |
| | Time Concluded: 9:44 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 45 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff: Hillary Taylor
   For Defendant: Matthew Deates ☒ FPD ☐ CJA ☐ Retained ☐ Appointed
Interpreter/Language: /
☐ Appointment of Counsel requested - ☐ granted ☐ denied.
☐ Appointed

PROCEEDINGS:
   ☐ **Arraignment** on ☐ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☐ **Initial Appearance.**
   ☐ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Count: 1
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

   ☒ Presentence Investigation and Report requested.
   ☐ Bond continued.
   ☒ **~Util Set/Reset Hearings:** Sentencing is scheduled for Thursday, October 10, 2024 at 9:00 a.m. before Judge Patrick J. Schiltz.
   ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                                                                s/CSG
                                                                                           Courtroom Deputy