*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
Assistant Defenders

SUCCESS CARTER
Fellow

*MSBA Certified Criminal Law Specialist

June 20, 2024

Honorable Patrick J. Schiltz
Chief United States District Judge
300 South Fourth Street
Minneapolis, MN  55415

Re:    *U.S. v. Cord Cameron Schipman*, 23-cr-352 (PJS-LIB)

Dear Chief Judge Schiltz:

I write to notify the Court that Mr. Schipman's presentence interview has been scheduled outside of the time limit set by probation policy.

Mr. Schipman appeared before the Court on June 7, 2024, for a change of plea hearing.  *See* Minute Entry, ECF No. 44.  At the change of plea, the Court ordered probation to conduct a presentence investigation, to include an interview of Mr. Schipman.  Pursuant to probation policy, the presentence interview must be conducted within ten business days of the change of plea hearing.  However, due to trial preparation and other scheduling conflicts, Mr. Schipman's presentence interview is scheduled for Friday, June 28, with U.S. Probation Officer Sam Egleston.

Please do not hesitate to contact me if the Court has questions or concerns.

Respectfully,

*s/ Matthew Deates*

MATTHEW DEATES
Assistant Federal Defender

MD/sls

cc:    Lindsey Middlecamp, AUSA (via ECF)
       Sam Egleston, USPO (via email)