# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 23-CR-0352 (PJS/LIB) |
| Cord Cameron Schipman, Defendant. | Date: November 21, 2024 |
| | Court Reporter: Maria Weinbeck |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 9:03 a.m. |
| | Time Concluded: 9:52 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 49 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:    Lindsey Middlecamp
For Defendant:   Matthew Deates, Manny Atwal   ☒ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | 210 months | | 10 years | | |

Said terms to run   ☐ concurrently    ☐ consecutively

☒ Special conditions of :
**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☒ Restitution in the amount of $8,000.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☒ On Motion of the Gov't., Count 2 of the indictment is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted    ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket Nos. 59, 60, 61 and 63 shall remain sealed indefinitely. **Counsel is directed to file redacted versions of Docket Nos. 59, 60 and 61 no later than 12/2/2024**.
☒ The **redacted** version of Docket No. 61 shall remain sealed until 11/21/49.
☒ Docket No. 62 shall be unsealed upon entry of judgment.

s/CSG  
Courtroom Deputy